# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GERALD SIEGRIST, PATRICIA SIEGRIST, <br><br> Plaintiffs, <br><br> v. <br><br> BRANDON REED, REEDHEIN & ASSOCIATES, MAKAYMAX INC, HEIN & SONS INDUSTRIES INC, TREVOR HEIN, <br><br> Defendants. | CASE NO. C21-588 MJP |
| PHILLIP ISAACS, REBECCAH ISAACS, <br><br> Plaintiffs, <br><br> v. <br><br> BRANDON REED, REEDHEIN & ASSOCIATES, MAKAYMAX INC, HEIN & SONS INDUSTRIES INC, TREVOR HEIN, <br><br> Defendants. | CASE NO. C21-589 MJP <br><br><br> ORDER TO SHOW CAUSE |

ORDER TO SHOW CAUSE - 1

The Court issues this Order to Show Cause sua sponte. The Court has reviewed the complaints filed in both of these removed cases and it appears that they may appropriately be consolidated into a single action. The Court ORDERS the parties to meet and confer by no later than May 14, 2021 to discuss whether these two cases should be consolidated. The parties shall discuss consolidation and all topics set forth in Local Rule 42(b). The parties shall also discuss what impact, if any, the following action has: State of Washington v. Reed Hein & Associates, et al., King County Superior Court Case No. 20-2-03141-1 SEA. By no later than May 25, 2021, the parties shall then file a joint status report providing the parties' positions on consolidation and the impact of the King County Superior Court action. If the parties are unable to agree on consolidation, they must propose a deadline by which the parties seeking consolidation will file their motion to consolidate.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 11, 2021.

Marsha J. Pechman
United States Senior District Judge